PROB 12A
(7/93)

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 27 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

### Report on Offender Under Supervision
*(No Action Requested)*

Name of Offender: Joseph Eugene Lee Boles    Case Number: 3:02CR00162-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 1/16/2003    Type of Supervision: Supervised Release

Original Offense: Distribution of Methamphetamine, 21 U.S.C. § 841 (a)(1)    Date Supervision Commenced: 10/29/2003

Original Sentence: Prison - 15 Months; TSR - 36 Months    Date Supervision Expires: 10/28/2006

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician. |

**Supporting Evidence**: Joseph Boles violated conditions of his supervised release by consuming methamphetamine on or about March 4, 2005, contrary to condition number 7 of the conditions of supervised release.

On March 4, 2005, Joseph Boles was summoned to the United States Probation Office for urine testing. The sample was tested and returned a presumptive positive reading for methamphetamine. Joseph Boles denied consuming methamphetamine. The sample was subsequently forwarded to Quest Laboratory for further analysis and returned with a positive reading for methamphetamine and amphetamines.

**U.S. Probation Officer Action**:

As an intermediate sanction, the offender was verbally reprimanded and directed to abstain from the use of controlled substances. Additionally, Joseph Boles was directed to continue attending substance abuse counseling at North Eastern Washington Treatment Alternatives (NEWTA). The offender has been involved in the drug court program administered by NEWTA as ordered by the Superior Court of Spokane. Contact with the chemical dependency counselor confirms that the offender continues to avail himself for counseling purposes. Joseph Boles' term of substance abuse counseling was extended by 4 months following his use of methamphetamine. Additionally, the frequency of urine testing was increased to not less than once weekly.

Prob12A
Re: Boles, Joseph Eugene Lee
April 20, 2005
Page 2

It is hoped the intermediate sanction imposed meets the expectations of the Court. Please advise this officer should Your Honor require a different course of action or a Court appearance by the offender.

Respectfully submitted,

by *Tommy Rosser*

Tommy Rosser
U.S. Probation Officer
Date: April 20, 2005

[X] Court Concurs with Officer Action
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

4/27/05

Date